UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

Envtech, Inc.,

         Plaintiff,

 v.              3:19-cv-00146-RCJ-CBC

Wlodzimierz Jan Litwin,      **ORDER**

         Defendant.

Before this Court are two Letters/Motions, one from the Defendant (ECF No. 9) and the other from his ex-wife (ECF No. 7). The letters make the same assertions that service was not proper, because the service was executed by leaving the papers with their daughter, who is a fifteen-year-old minor. The Court denies the arguments on three bases. First, the arguments are not styled as motions as required by this Court's local rules. LR IA 7-1(b). Second, Federal Rule of Civil Procedure 4(e)(2)(B) specifically allows service to be executed by "leaving a copy . . . with someone of suitable age and discretion who resides there." "Rule 4 permits delivery to be made to someone who is not an adult . . . ." *De George v. Mandata Poultry Co.*, 196 F. Supp. 192, 193 (E.D. Pa. 1961) (allowing for service to be left with a sixteen-year-old girl). Third, the assertions that service was not properly executed are now moot as the lawyer representing the Defendant has agreed to waive service of process. (ECF No. 10). Additionally, the Defendant's ex-wife is not allowed to submit motions with this Court on behalf of the Defendant. She is not a party to this litigation nor is she representing him as his lawyer.

///

1

Finally, the Court notes that the Defendant's attorney has not filed an appearance and needs to do so in order to represent the Defendant. If the attorney is not licensed to appear before this Court, then he must apply to appear in this particular case following Local Rule IA 11-2.

**CONCLUSION**

IT IS HEREBY ORDERED that the Letter/Motion (ECF No. 7) is DENIED.

IT IS FURTHER ORDERED that the Letter/Motion (ECF No. 9) is DENIED.

IT IS SO ORDERED.

Dated this 1st day of July, 2019.

_____
ROBERT C. JONES
United States District Judge