SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENVTECH, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WLODZIMIERZ JAN LITWIN, a California resident, DOES I through X, and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 3:19-cv-00146 -RCJ-CBC<br><br>**ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION AND RENEWED MOTION TO SET ASIDE DEFAULT**<br><br>**(FIRST REQUEST)** |

Plaintiff EnvTech, Inc. ("EnvTech"), by and through its counsel of record, Simons Hall Johnston PC, and Defendant Wlodzimierz Jan Litwin's ("Litwin"), by and through his counsel of record, Jerry Carter, Esq., of the Sierra Crest Business Law Group, hereby stipulate to a one-week extension of time for EnvTech to file its Opposition to Litwin's Motion for Reconsideration and Renewed Motion to Set Aside Default [ECF No. 28]. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Plaintiff to Oppose Litwin's Motion will be on or before **August 21, 2020**.

RESPECTFULLY SUBMITTED,

DATED this 10th day of August, 2020.

BY: /s/ Jeremy B. Clarke, Esq.
ANTHONY L. HALL, Esq.
Nevada Bar No. 5977
AHall@SHJNevada.com
JEREMY B. CLARKE, Esq.
Nevada Bar No. 13849
JClarke@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Plaintiff EnvTech, Inc.*

DATED this 10th day of August, 2020.

BY: /s/ Jerry Carter, Esq.
JERRY CARTER, Esq.
Nevada Bar No. 5905
JCarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070

*Attorneys for Defendant
Wlodzimierz Jan Litwin*

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to Oppose Litwin's Motion will be on or before August 21, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 11, 2020.