Jerry C. Carter (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
Facsimile: (775) 473-8292
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENVTECH, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WLODZIMIERZ JAN LITWIN, a California resident, DOES I through X, and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.:  3:19-cv-00146 -RCJ-CBC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION AND RENEWED MOTION TO SET ASIDE DEFAULT**<br><br>**(FIRST REQUEST)** |

Defendant Wlodzimierz Jan Litwin's ("Litwin"), by and through his counsel of record, Jerry Carter, Esq., of the Sierra Crest Business Law Group, and Plaintiff EnvTech, Inc. ("EnvTech"), by and through its counsel of record, Simons Hall Johnston PC, hereby stipulate to a two-week extension of time for Litwin to file his Reply to the Opposition to Litwin's Motion for Reconsideration and Renewed Motion to Set Aside Default [ECF No. 28].  This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Defendant to Reply to the Opposition to Envtech's Motion will be on or before **September 11, 2020**.

1

RESPECTFULLY SUBMITTED,

DATED this 25th day of August, 2020.  DATED this 21st day of August, 2020.

BY: /s/ Jeremy B. Clarke, Esq.  BY: /s/ Jerry Carter, Esq.
    ANTHONY L. HALL, Esq.      JERRY CARTER, Esq.
    Nevada Bar No. 5977      Nevada Bar No. 5905
    AHall@SHJNevada.com      JCarter@sierracrestlaw.com
    JEREMY B. CLARKE, Esq.      SIERRA CREST BUSINESS LAW GROUP
    Nevada Bar No. 13849      691 Sierra Rose Drive, Suite B
    JClarke@SHJNevada.com      Reno, Nevada 89511
    SIMONS HALL JOHNSTON PC      Telephone: (775) 448-6070
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada  89509      *Attorneys for Defendant*
    Telephone: (775) 785-0088      *Wlodzimierz Jan Litwin*

*Attorneys for Plaintiff EnvTech, Inc.*

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant to file his Reply in support of his Motion for Reconsideration and Renewed Motion to Set Aside Default [ECF No. 28] is extended to and including September 11, 2020.

                                                                              _____
                                                                              **UNITED STATES DISTRICT**

                                                                              DATED:  September 1, 2020.