Jerry C. Carter (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
Facsimile: (775) 473-8292
*Counsel for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ENVTECH, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WLODZIMIERZ JAN LITWIN, a California resident, DOES I through X, and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.:  3:19-cv-00146 -RCJ-CBC<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Defendant Wlodzimierz Jan Litwin's ("Litwin"), by and through his counsel of record, Jerry Carter, Esq., of the Sierra Crest Business Law Group, and Plaintiff EnvTech, Inc. ("EnvTech"), by and through its counsel of record, Simons Hall Johnston PC, hereby stipulate to a two-week extension of time for Defendant Litwin to file his Opposition to Plaintiff EnvTech's Motion for Entry of Default Judgment (ECF No. 37).  This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties have agreed and stipulate that the deadline for Defendant to file an Opposition to Plaintiff's Motion will be on or before **March 2, 2021**.

RESPECTFULLY SUBMITTED,

DATED this 9th day of February, 2021.

BY: /s/ Jeremy B. Clarke, Esq.
    ANTHONY L. HALL, Esq.
    Nevada Bar No. 5977
    AHall@SHJNevada.com
    JEREMY B. CLARKE, Esq.
    Nevada Bar No. 13849
    JClarke@SHJNevada.com
    SIMONS HALL JOHNSTON PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada 89509
    Telephone: (775) 785-0088

*Attorneys for Plaintiff EnvTech, Inc.*

DATED this 9th day of February, 2021.

BY: /s/ Jerry Carter, Esq.
    JERRY CARTER, Esq.
    Nevada Bar No. 5905
    JCarter@sierracrestlaw.com
    SIERRA CREST BUSINESS LAW GROUP
    691 Sierra Rose Drive, Suite B
    Reno, Nevada 89511
    Telephone: (775) 448-6070

*Attorneys for Defendant Wlodzimierz Jan Litwin*

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant to file his Opposition to Plaintiff EnvTech's Motion for Entry of Default Judgement (ECF No. 37) is extended to and including March 2, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: February 11, 2021.