**SIMONS HALL JOHNSTON PC**
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENVTECH, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WLODZIMIERZ JAN LITWIN, a California resident, DOES I through X, and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.:  3:19-cv-00146 -RCJ-CBC<br><br>**ORDERGRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT (ECF NO. 41)** |

Plaintiff EnvTech, Inc. ("EnvTech"), by and through its counsel of record, Simons Hall Johnston PC, and Defendant Wlodzimierz Jan Litwin's ("Litwin"), by and through his counsel of record, Jerry Carter, Esq., of the Sierra Crest Business Law Group, hereby stipulate to a four (4) day extension of time for EnvTech to file its Reply in Support of Motion for Entry of Default Judgment [ECF 37]. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Plaintiff to file its Reply will be on or before **March 12, 2021**.

/ / /

RESPECTFULLY SUBMITTED,

DATED this 5ᵗʰ day of March, 2021.

BY:  /s/ Jeremy B. Clarke
    ANTHONY L. HALL, Esq.
    Nevada Bar No. 5977
    AHall@SHJNevada.com
    JEREMY B. CLARKE, Esq.
    Nevada Bar No. 13849
    JClarke@SHJNevada.com
    SIMONS HALL JOHNSTON PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada  89509
    Telephone: (775) 785-0088

*Attorneys for Plaintiff EnvTech, Inc.*

DATED this 5ᵗʰ day of March, 2021.

BY:  /s/ Jerry C. Carter
    JERRY CARTER, Esq.
    Nevada Bar No. 5905
    JCarter@sierracrestlaw.com
    SIERRA CREST BUSINESS LAW GROUP
    691 Sierra Rose Drive, Suite B
    Reno, Nevada 89511
    Telephone: (775) 448-6070

*Attorneys for Defendant*
*Wlodzimierz Jan Litwin*

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file its Reply in support of its Motion for Entry of Default Judgment will be on or before **March 12, 2021**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 8, 2021.

---

SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone:  (775) 785-0088