# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ENVTECH, INC., a Nevada Corporation, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 3:19-cv-00146-RCJ-CLB |
| WLODZIMIERZ JAN LITWIN, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

After this Court issued default judgment in this case, Defendant moves pro se for a new trial under Fed. R. Civ. P. 59. (ECF No. 47.) This rule is inapplicable here as judgment was reached without trial. The Court therefore denies the motion. Even if this Court were to assume that Defendant was moving for reconsideration of default, the Court notes that it has previously considered these arguments and denied them when Defendant previously so moved. (ECF No. 27.)

Defendant's counsel also moves for withdrawal from this case. (ECF No. 49.) This motion is unopposed, so the Court grants this request.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that Defendant's Motion for New Trial (ECF No. 47) is DENIED.

IT IS FURTHER ORDERED that Motion to Withdraw (ECF No. 49) is GRANTED.

IT IS SO ORDERED.

Dated May 9, 2022.

_____
ROBERT C. JONES
United States District Judge