Jeremy B. Clarke, Esq.
Nevada State Bar No. 13849
CLARKE LAW, PC
230 E. Liberty St.
Reno, Nevada 89501
Telephone: (775) 433-1300
E-Mail: JBC@ClarkeLawNV.com

*Attorney for Plaintiff Envtech, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENVTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> WLODZIMIERZ JAN LITWIN, an individual, <br><br> Defendant. | Case No. 3:19-cv-00146-RJC-CLB <br><br> **ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

Jeremy B. Clarke, Esq. hereby gives notice that he is no longer associated with Simons Hall Johnston PC, and is therefore no longer representing Plaintiff ENVTECH, INC. Attorney Anthony L. Hall, Esq. will continue to represent Plaintiff ENVTECH, INC.  Please also let this serve as a request for Mr. Clarke to be removed from the Court's electronic notices for this matter.

DATED this 27th day of September, 2023.

By: _____
Jeremy B. Clarke, Esq.
Nevada State Bar No. 13849

**IT IS SO ORDERED.**

**DATED:** September 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE

1